# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD ARTHUR ANDERSON

NO. 2022 KW 1258

**FEBRUARY 1, 2023**

---

In Re:   Donald Arthur Anderson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 606766.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** Relator failed to show that he is entitled to an out-of-time appeal pursuant to **State v. Counterman**, 475 So.2d 336 (La. 1985). See **State v. Shakir**, 2022-01069 (La. 10/18/22), 348 So.3d 718, 719 (*per curiam*); **State v. Johnson**, 2016-2232 (La. 3/9/18), 237 So.3d 1184 (*per curiam*). Furthermore, a petitioner cannot appeal or seek review of a sentence imposed in conformity with a plea agreement. See La. Code Crim. P. art. 881.2(A)(2).

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT